IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LACETA GLASS, § § **Plaintiff,** § § v. § § KOHLS DEPARTMENT STORES, INC., § § **Defendant.** § § § § | Civil Action No. 1:17-cv-03966-LMM |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 8, 2018

By: /s/ Dennis Robert Kurz, Esq.
Dennis Robert Kurz
Kurz Law Group, LLC
Building 17, Suite 200
1640 Powers Ferry Rd., SE
Marietta, GA 30067
678-264-8003
Fax: (678) 245-6805
Email: dennis@kurzlawgroup.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

       I, Dennis Robert Kurz, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

James B. Saylor, Esq.
Kelley Drye & Warren-NY
101 Park Avenue
New York, NY 10178
212-808-7800
Email: jsaylor@kelleydrye.com

John O'Shea Sullivan, Esq.
Burr & Forman, LLP-ATL
171 17th Street, NW, Suite 1100
Atlanta, GA 30363
404-815-3000
Fax: 404-817-3244
Email: ssullivan@burr.com

Tala Amirfazli, Esq.
Burr & Forman, LLP-ATL
171 17th Street, NW, Suite 1100
Atlanta, GA 30363
404-685-4270
Email: tamirfazli@burr.com

Vincent P. Rao, Esq.
Kelley Drye & Warren-NJ
One Jefferson Road , 2nd Floor
Parsippany, NJ 07054
973-503-5900
Email: vrao@kelleydrye.com
Attorneys for Defendant


Dated: August 8, 2018        By: /s/ Dennis Robert Kurz, Esq.
                                      Dennis Robert Kurz
                                      Kurz Law Group, LLC
                                      Building 17, Suite 200
                                      1640 Powers Ferry Rd., SE
                                      Marietta, GA 30067
                                      678-264-8003
                                      Fax: (678) 245-6805
                                      Email: dennis@kurzlawgroup.com
                                      Attorney for the Plaintiff