IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LACETA GLASS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KOHLS DEPARTMENT STORES, INC., | : | CIVIL ACTION NO. 1:17-CV-3966-LMM |
| | : | |
| Defendant. | : | |

### ORDER

On August 8, 2018, Plaintiff notified the Court that the parties have reached a settlement. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal with prejudice.[1] The parties are **DIRECTED** to file within 60 days of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 8th day of August, 2018.

_____
Leigh Martin May
United States District Judge

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.